Raymond GARCIA, a/k/a Freddie
Andaya, Plaintiff -
Appellant,

v.

Detective J. P. MCCLASKEY, Det. City
of Concord Police Department; De-
tective K. Childers; Detective R. Gon-
salez; United States of America; De-
tective Kelly Seagraves; Detective
Elizabeth Love; Detective G. Bacote;
Detective J. Davis; Sheriff Kevin Au-
ten; Detective Uvaldo Rios, Defen-
dants-Appellees,

and

City of Concord, North Carolina;
Rowan County, North Carolina;
Chief Guy Smith, Defendants.

No. 17-6108

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Freddie Andaya, Appellant Pro Se. To-
rin L. Fury, William L. Hill, FRAZIER
HILL & FURY, RLLP, Greensboro,
North Carolina; Lynne P. Klauer, Assis-
tant United States Attorney, Steven N.
Baker, OFFICE OF THE UNITED
STATES ATTORNEY, Greensboro, North
Carolina; Kenneth Ray Raynor, RAYNOR
LAW FIRM, PLLC, Charlotte, North
Carolina, for Appellees.

---

* The parties consented to the jurisdiction of a
magistrate judge pursuant to 28 U.S.C.

Before DUNCAN and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Raymond Garcia appeals the magistrate
judge's orders* entering judgment in favor
of Defendants in Garcia's action in which
he alleged the use of excessive force dur-
ing his arrest. The record does not contain
a transcript of the jury trial. An appellant
has the burden of including in the record
on appeal a transcript of all parts of the
proceedings material to the issues raised
on appeal. Fed. R. App. P. 10(b); 4th Cir.
R. 10(c). An appellant proceeding on ap-
peal in forma pauperis is entitled to tran-
scripts at government expense only in cer-
tain circumstances. 28 U.S.C. § 753(f)
(2012). By failing to produce a transcript
or to qualify for the production of a tran-
script at government expense, Garcia has
waived review of the issues on appeal that
depend upon the transcript to show error.
See generally Fed. R. App. P. 10(b)(2);
Keller v. Prince George's Cty., 827 F.2d
952, 954 n.1 (4th Cir. 1987). Moreover,
because Garcia's informal brief does not
challenge the basis for the magistrate
judge's disposition, Garcia has forfeited ap-
pellate review of the court's orders. See
4th Cir. R. 34(b) (providing that review is
confined to the issues raised in the Appel-
lant's brief.); Williams v. Giant Food Inc.,
370 F.3d 423, 430 n.4 (4th Cir. 2004). Ac-
cordingly, we affirm the magistrate judge's
judgment. We deny Garcia's motion for
appointment of counsel, and we dispense

§ 636(c) (2012).

with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*